1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CHRISTINE Y. WONG (NYBN 3988607)
   Assistant United States Attorney
5

6     1301 Clay Street, Suite 340S
      Oakland, California 94612
7     Telephone: (510) 637-3709
      Facsimile: (510) 637-3724
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )   No.   08-00720 SBA
13                                  )
           Plaintiff,                )   STIPULATION AND PROTECTIVE
14                                  )   ORDER RE: DISCOVERY OF
       v.                           )   PERSONAL AND FINANCIAL
15                                  )   INFORMATION
   MARK MALDONADO, and              )
16 JENNIFER SEARS,                  )
                                    )
17         Defendants.               )
                                    )   OAKLAND VENUE
18                                  )
                                    )
19 ─────────────────────────────────

20        With the agreement of the parties, and with the consent of the defendant, the Court enters

21 the following order:

22        Defendants Mark Maldonado and Jennifer Sears are charged with one count of

23 conspiring to commit access device fraud, in violation of 18 U.S.C. § 1029(b)(2), one count of

24 committing access device fraud, in violation of 18 U.S.C. § 1029(a)(2), (b)(1), and one count

25 each of aggravated identity theft, in violation of 18 U.S.C. § 1028A(a)(1).  Upon request, the

26 United States will produce to counsel for the defendant discovery, some of which may contain

27 personal identifying information, including social security numbers, birth dates and driver's

28 license numbers, and private financial information, including account numbers, pertaining to the

PROTECTIVE ORDER
[08-00720 SBA]

victims in this case. Pursuant to Federal Rule of Criminal Procedure 16, the government requests that disclosure of these materials be subject to the following restrictions:

1. Except when being actively examined for the purpose of the preparation of the defense, the documents containing personal identifying and private financial information of third parties produced by the government to defense counsel shall be maintained in a locked, safe, and secure drawer, cabinet, or safe which is accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare the defendant's defense, and his or her investigator. Defense counsel, members of his or her law firm, the defendant, and the investigator shall not permit any person access of any kind to the documents or disclose in any manner the personal identifying and private financial information of third parties except as set forth below.

2. The following individuals may examine the documents and information related to the personal identifying and private financial information of third parties for the sole purpose of preparing the defense and for no other purpose:

    a) Counsel for defendants;

    b) Members of the defendants' law offices who are assisting with the preparation of the defense;

    c) Defendants, but only in the presence of defense counsel or another authorized person listed in this paragraph;

    d) Investigators retained by the defendants to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the material, he or she must obtain a further order of the Court before allowing any other individual to review the material.

3. A copy of this order shall be maintained with the documents at all times.

4. All individuals other than defense counsel and the defendant who receive access to the materials pursuant to this Order, <u>prior to receiving access to the materials</u>, shall sign a copy of this Order acknowledging that:

1   a) they have reviewed the Order;

2   b) they understand its contents;

3   c) they agree that they will only access the documents and information for

4       the purposes of preparing a defense;

5   d) they understand that failure to abide by this Order may result in sanctions

6       by this Court.

Counsel for the defendant shall promptly file signed copies of the Order, ex parte and under seal. The government shall have no access to these signed copies without further order of the District Court.

5. No other person may be allowed to examine the material without further court order. Examination of the documents shall be done in a secure environment which will not expose the materials to other individuals not listed above.

6. Documents such as word processing files, e-mails, and other text files may be duplicated to the extent necessary to prepare the defense of this matter.

7. Any pleadings that reveal the personal identifying or private financial information of third parties, either by attaching copies of documents containing that information or referencing that information, shall be redacted to prevent the disclosure of such information or filed under seal.

8. Within five court days of the judgement and sentencing hearing in this matter, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the Government.  The Government shall destroy them.  If

///
///
///
///
///
///
///

PROTECTIVE ORDER
[08-00720 SBA]                        3

defendant believes that he or she must maintain the material for any reason related to appeal, defendant must seek authorization from the District Court within five days of the sentencing and judgment in this matter.

STIPULATED:

DATED:       October 31, 2008        /s/
                                     JOYCE LEAVITT
                                     Attorney for Defendant Mark Maldonado


                                      /s/
                                     DAVID BILLINGSLEY
                                     Attorney for Defendant Jennifer Sears



                                      /s/
                                     CHRISTINE WONG
                                     Assistant United States Attorney


    IT IS SO ORDERED that disclosure of the above-described discovery materials shall be restricted as set forth above.

DATED:11/3/08                        *Saundra B Armstrong*
                                     SAUNDRA BROWN ARMSTRONG
                                     United States District Judge