UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 08-00720-SBA |
| Plaintiff, | ) ) | [PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST TO UNSEAL APPLICATION FOR SEARCH WARRANT AND SEARCH WARRANT |
| v. | ) ) | |
| MARK MALDONADO, and JENNIFER SEARS, | ) ) ) | |
| Defendants. | ) ) ) | |
| | ) | |

Having considered the United States' request to unseal the application and affidavit for search warrant and the search warrant filed in connection with the above-entitled matter to allow those documents to be produced to defense counsel, it is hereby ORDERED that United States' Application and Affidavit for Search Warrant and the Search Warrant (Case No. 4-05-70339) shall be unsealed.

DATED: 11/12/08

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge