1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant MALDONADO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )   No. CR 08-00720 SBA
12                    Plaintiff,           )
                                           )
13                                         )   **STIPULATION AND  ORDER**
               v.                          )   **CONTINUING STATUS DATE AND**
14                                         )   **EXCLUSION OF TIME**
                                           )
15  MARK MALDONADO,                        )
                                           )
16  JENNIFER SEARS,                        )
                                           )
17                    Defendant.           )

18            IT IS HEREBY STIPULATED, by and between the parties to this action, that the status

19  date in this case, currently scheduled for Tuesday, February 24, 2009, at 11:00 a.m., may be

20  continued to Tuesday, March 24, 2009, at 11:00 a.m. for status.  The reason for the continuance is

21  that counsel's understanding is that Mark Maldonado has retained counsel Lynda Westlund to

22  replace the federal public defender's office.  Ms. Westlund's office is located in Central California

23  and she is not available on February 24, 2009.  In addition, she would like time to obtain the

24  discovery, which is subject to a protective order, and review it with Mr. Maldonado prior to making

25

26

a court appearance.  Should the Court continue the matter to March 24, 2009, it should allow enough time for new counsel to receive the discovery and review it with her client and to be available for the Court appearance.  Counsel has talked to co-counsel David Billingsley and he has no objection to continuing the case on behalf of co-defendant Jennifer Sears as well, for continuity of counsel and effective preparation of counsel.

The parties further stipulate that the time from February 24, 2009 to March 24, 2009, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel and continuity of counsel to allow new counsel time to obtain and review the discovery with Mr. Maldonado and be available for the status date on March 24, 2009 at 11:00 a.m.  The matter is set for 11:00 a.m. so that Ms. Westlund can appear with Mr. Maldonado before Judge Brazil at 10:00 a.m. on the same day for identification of counsel.

DATED:     February 10, 2009          _____/s/_____
                                      JOYCE LEAVITT
                                      Assistant Federal Public Defender
                                      Attorney for Mark Maldonado


DATED:     February 10, 2009          _____/s/_____
                                      DAVID BILLINGSLEY
                                      Attorney for Jennifer Sears


DATED:     February 10, 2009          _____/s/_____
                                      CHRISTINE WONG
                                      Assistant United States Attorney


I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Tuesday, February 24, 2009 at 11:00 a.m., is hereby continued to Tuesday, March 24, 2009, at 11:00 a.m. for status.

IT IS FURTHER ORDERED that the time from February 24, 2009, to March 24, 2009, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel to allow new counsel to obtain the discovery, which is subject to a protective order, and review it with Mr. Maldonado and for continuity of counsel to allow retained counsel to travel from Central California and be present for the hearing.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.


DATED:2/11/09                                    _____
                                                HON. SAUNDRA BROWN ARMSTRONG
                                                United States District Judge


*U S v. Maldonado*, CR 08-00720 SBA
Stip. Continuing Court Date                      - 3 -