1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
           1301 Clay Street, Suite 340-S
6          Oakland, California 94612
           Telephone:  (510) 637-3740
7          Facsimile:   (510) 637-3724
           E-Mail:      Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13 UNITED STATES OF AMERICA,            )   No. CR-08-720 SBA
                                        )
14         Plaintiff,                   )   STIPULATION AND ORDER TO
                                        )   CONTINUE STATUS CONFERENCE
15     v.                               )   AND EXCLUDE TIME UNDER THE
                                        )   SPEEDY TRIAL ACT
16 MARK MALDONADO,                      )
                                        )
17         Defendant.                   )
                                        )

18

19         IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Lynda Joy Westlund, that the

21 status hearing presently set for July 7, 2009, be continued to July 28, 2009 at 9:00 a.m.

22         The request for a continuance is due to defense counsel's scheduling conflict.  In

23 addition, defense counsel continues to investigate the case and review the discovery produced by

24 the government.  The parties agree that the delay is not attributable to lack of diligent preparation

25 on the part of either party.  For these reasons, the parties request that time under the Speedy Trial

26 Act be excluded based on the defendant's need for reasonable time necessary for effective

27 preparation, taking into account the exercise of due diligence.  The parties agree that the waiver

28 covers all time between July 7, 2009 and July 28, 2009.

IT IS SO STIPULATED:

Dated: July 6, 2009  /S/
LYNDA JOY WESTLUND
*Attorney for Maldonado*

Dated: July 6, 2009  /S/
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for July 7, 2009 is hereby rescheduled for July 28, 2009 at 9:00 a.m. Based upon the representation of counsel and for good cause shown, the Court also finds that failing to exclude the time between July 7, 2009 and July 28, 2009 would unreasonably deny the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between July 7, 2009 and July 28, 2009 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, it is hereby ordered that the time between July 7, 2009 and July 28, 2009 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

DATED: July 7, 2009  *Saundra B. Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge